# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| GLENN WHITING, | Case No. 3:23-cv-220 |
| *Plaintiff*, | |
| | Judge Travis R. McDonough |
| v. | |
| | Magistrate Judge Debra C. Poplin |
| CITY OF ATHENS, MIKE KEITH, and BRANDON AINSWORTH | |
| *Defendants*. | |

## JUDGMENT ORDER

For the reasons set forth in the contemporaneously filed memorandum opinion, Defendants' motion to dismiss all pending claims (Doc. 10) is hereby **GRANTED.** Accordingly, Plaintiff's claims are **DISMISSED WITH PREJUDICE.** The Clerk is **DIRECTED** to close the case.

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
   s/ LeAnna R. Wilson
  CLERK OF COURT