# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Kelly L. Stephens | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: August 28, 2025

Mr. Brian Robert Bibb
Watson Roach Batson & Lauderback
900 S Gay Street
Knoxville, TN 37902

Mr. Mitchell Bryant
Law Office
313 W. Madison Avenue
Athens, TN 37303

Mr. Russell Lee Egli
Egli Law
11109 Lake Ridge Drive
Third Floor
Knoxville, TN 37934

Mr. Van Irion
Law Offices
800 S. Gay Street
Suite 700
Knoxville, TN 37929

Mr. Daniel Roberts Pilkington
Watson Roach Batson & Lauderback
900 S Gay Street
Knoxville, TN 37902

Mr. Philip Aaron Wells
Robinson, Smith & Wells
633 Chestnut Street
Suite 700
Chattanooga, TN 37450

Re: Case Nos. 24-5918/24-5919/25-5424, *Glenn Whiting v. City of Athens, TN, et al*
Originating Case No. : 3:23-cv-00220

Dear Counsel,

The Court issued the enclosed Order today in these cases.

Sincerely yours,

s/Kelly Stephens

Cathryn Lovely, Opinions Deputy
Direct Dial No. 513-564-7062

cc:  Ms. LeAnna Wilson

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Nos. 24-5918/5919/25-5424

**24-5918/5919**

GLENN WHITING,

      Plaintiff - Appellant,

      v.

CITY OF ATHENS, TENNESSEE (24-5918/5919); MIKE KEITH and BRANDON AINSWORTH (24-5918); STEVE SHERLIN (24-5919),

      Defendants - Appellees.

_____

**25-5424**

GLENN WHITING,

      Plaintiff - Appellant,

VAN IRION,

      Appellant,

      v.

CITY OF ATHENS, TENNESSEE; SETH SUMNER; BO PERKINSON; BRANDON AINSWORTH; JAMESON SLIGER; TY GABLE; ROD WALKER; SETH WALKER; DEB CARDIN; TYLER HICKS; OFFICER TOM GARLAND,

      Defendants - Appellees.

> FILED
> Aug 28, 2025
> KELLY L. STEPHENS, Clerk

# ORDER

UPON SUA SPONTE CONSIDERATION, these cases are CONSOLIDATED for submission to the court.

**ENTERED BY ORDER OF THE COURT**

_____
Kelly L. Stephens, Clerk